FILED

July 8, 2025

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____BW_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>(1) TIMOTHY BANKSTON HOLLAND<br><br>Defendant | **6:25-CR-00194**<br><br>I N D I C T M E N T<br><br>[COUNT ONE: 18 U.S.C. 922(g)(1) & 924(a)(8) -- Possession of Firearm by a Convicted Felon] |

THE GRAND JURY CHARGES:

On or about June 9, 2025, in the Western District of Texas, Defendant,

**TIMOTHY BANKSTON HOLLAND,**

being a person who knew he had previously been convicted of at least one of the following crimes

punishable by imprisonment for a term exceeding one year, to-wit:

On February 18, 2022, TIMOTHY BANKSTON HOLLAND was convicted of *Abandon Endanger Child Criminal Negligence* in the 432nd District Court of Tarrant County, Texas, in Cause Number 1674561D;

On January 17, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Theft Over $2,500 With Two Previous Convictions* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-2235295-Y;

On January 17, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Possession of a Controlled Substance* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-2235309-Y;

On January 17, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Possession of a Controlled Substance* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-2235310-Y;

On January 17, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Unlawful Use of a Motor Vehicle* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-2235311-Y;

On May 2, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Abandon*

*Endanger Child Criminal Negligence* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1674561D;

On May 2, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Unauthorized Use of Vehicle* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1743673;

On May 2, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Theft of Firearm* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1743676;

On May 2, 2023, TIMOTHY BANKSTON HOLLAND was convicted of *Unauthorized Use of Vehicle* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1756013;

On April 30, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Possession of a Controlled Substance – Count One* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1797247;

On April 30, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Unauthorized Use of Vehicle – Count Two* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1797247;

On April 30, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Unlawful Possession of Firearm by Felon* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1808438;

On April 30, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Credit Crd or Debit Card Abuse* in the 432nd Judicial District Court of Tarrant County, Texas, in Cause Number 1812131;

On October 16, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Possession Controlled Substance to-wit: Tetrahydrocannabinol, In An Amount by Aggregate Weight* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-23-35582;

On October 16, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Possession Controlled Substance to-wit: Para-Fluorofentanyl, In An Amount Less Than One Gram* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-23-35583;

On October 16, 2024, TIMOTHY BANKSTON HOLLAND was convicted of *Theft Property Over $2,500 Less Than $30,000* in the Criminal District Court #7 of Dallas County, Texas, in Cause Number F-23-35603;

did knowingly possess the following firearm, to-wit:

A Springfield Armory, model XD, firearm bearing serial number XS690774;

said firearm having moved in commerce and affecting commerce, in violation of Title 18, United

States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL



FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: _____

CHRISTOPHER M. BLANTON
Assistant United States Attorney